**MOORE AND MOORE**
FANIA E. DAVIS, SBN 87268
445 Bellevue Avenue Suite 202
Oakland CA 95610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorney for Plaintiff
SANDRA PACHECO

**PORTER SCOTT WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
Becki D. Graham, SBN 238010
350 University Ave, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendants
REGENTS OF THE
UNIVESRITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PACHECO,<br><br>           Plaintiff,<br><br>      vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, DAVIS CAMPUS; ERICK BLAINE, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>           Defendants.<br>_____/ | Case No.: 06 01424 WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SERVE COMPLAINT AND SUMMONS UPON DEFENDANT ERICK BLAINE** |

- 1 -

**STIPULATION AND [PROPOSED] ORDER (Case No. C 06 01424 WBS)**

**WHEREAS**, Plaintiff Sandra Pacheco ("Plaintiff") filed the Complaint herein on June 26, 2006 asserting employment discrimination claims against the Regents of the University of California and against Erick Blaine ("Defendants");

**WHEREAS,** and the Regents of the University of California filed an Answer to the Complaint on September 29, 2006;

**WHEREAS,** on October 2, 2006, the Court issued an Order requiring Plaintiff to serve individual defendant Erick Blaine by November 1, 2006;

**WHEREAS,**  although Defendant Blaine was employed as Assistant Dean of the Graduate Division, University of California, Davis campus, during all times relevant to the Complaint herein, his employment terminated there approximately two years ago;

**WHEREAS**, during October, 2006 or thereabout, counsel for Defendant provided Plaintiff's counsel with contact information for Mr. Blaine's Pasadena-based attorney, Allen Graves;

**WHEREAS**, on October 19, 2006, Ms. Davis called Mr. Graves, leaving a voice mail message inquiring whether he would accept service on behalf of his client, Defendant Blaine;

**WHEREAS,**  on October 20, 2006, Ms. Davis called again and spoke directly to Mr. Graves who stated that University of California had contacted him in late June, 2006 shortly after the lawsuit was filed to inquire whether he would be representing Mr. Blaine in the instant lawsuit;

**WHEREAS**  Mr. Graves further stated that although he sent a letter to Mr. Blaine and left messages informing him of the lawsuit,  Mr. Blaine never responded, and that he was unaware of Mr. Blaine's current whereabouts;

**WHEREAS,** on or about October 25, 2006, although Plaintiff contacted a former employee within the Graduate Division of the University of California, Davis Campus, in a further attempt to locate Mr. Blaine, the former employee possessed no information about Mr.

- 2 -

**STIPULATION AND [PROPOSED] ORDER (Case No. C 06 01424 WBS)**

PDF created with pdfFactory trial version www.pdffactory.com

Blaine's current whereabouts, except to state that she believed he had moved to Southern California;

**WHEREAS,** on or about October 23, 2006, Plaintiff's counsel caused to be conducted an on-line locator search for Mr. Blaine, but the search was not fruitful; and

**WHEREAS,** on or about October 25, 2006, though Plaintiff's counsel contacted Contra Costa County-based private investigator, Ralph Hernandez, to assist her in locating Mr. Blaine, in or around early November 2006, Mr. Hernandez informed Plaintiff's counsel he was unable to proceed without additional specific identifying information, including date of birth, social security number, spouse's name, home address;

**WHEREAS,** because Plaintiff and Plaintiff's counsel were unable to obtain this information despite several unsuccessful attempts, the investigator stated that the absence of such information precluded a fruitful search; and

**WHEREAS**, on or about November 30, 2006, in a further attempt to ascertain Mr. Blaine's whereabouts, Plaintiff's counsel retained Interceptor Legal Support Services, Inc.;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** based upon good cause shown, that the time to serve defendant Erick Blaine shall be extended and that Plaintiff shall effect service upon Mr. Blaine no later than January 31, 2007.

This Stipulation does not alter any other date set by the Court in its Case Scheduling Order.

//
//
//
//
//
//
//
//

- 3 -

**STIPULATION AND [PROPOSED] ORDER (Case No. C 06 01424 WBS)**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: December 12, 2006 | /s/ |
| 2 | | FANIA E. DAVIS |
| | | MOORE AND MOORE |
| 3 | | Attorneys for Plaintiff |
| | | SANDRA PACHECO |
| 4 | | |
| 5 | DATED: December    , 2006 | /s/ |
| | | NANCY JOAN SHEEHAN |
| 6 | | BECKI DIANA GRAHAM |
| 7 | | PORTER SCOTT WEIBERG & DELEHANT |
| 8 | | Attorneys for Defendant |
| | | REGENTS OF THE UNIVERSITY OF CALIFORNIA |

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December 14, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 4 -

**STIPULATION AND [PROPOSED] ORDER (Case No. C 06 01424 WBS)**

PDF created with pdfFactory trial version www.pdffactory.com