**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Nancy J. Sheehan, SBN 109419
Jason G. Pope SBN 239387#
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA,
erroneously also sued as University of
California, Davis Campus and ERIK BLAINE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| SANDRA PACHECO, | ) Case No.: 2:06-CV-01424-WBS-DAD |
| Plaintiff, | ) |
| vs. | ) **ORDER REGARDING MODIFICATION OF SCHEDULING ORDER TO ENLARGE TIME FOR COMPLETION OF DISCOVERY** |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, DAVIS CAMPUS; and ERIK BLAINE, in his individual and official capacities; and DOES 1 THROUGH 50, | ) Complaint Filed: 6/26/06 |
| Defendants. | ) |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants the parties' Stipulated Request to modify Status (Pre-Trial Scheduling) Order.

The Status (Pre-Trial Scheduling Order) is modified as follows:

Discovery cutoff deadline          June 29, 2007

DATED: May 1, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/pacheco1424.ord

1

---

**[PROPOSED] ORDER REGARDING MODIFICATION OF SCHEDULING ORDER TO ENLARGE TIME FOR COMPLETION OF DISCOVERY**

{00494900.DOC}