**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Jason G. Pope. SBN 239387
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF CALIFORNIA, erroneously also sued as University of California, Davis Campus and ERIK BLAINE

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PACHECO,<br><br>  Plaintiff,<br><br> vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, DAVIS CAMPUS; and ERIK BLAINE, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>  Defendants. | Case No.: 2:06-CV-01424-WBS-DAD<br><br>**ORDER REGARDING MODIFICATION OF SCHEDULING ORDER TO ENLARGE TIME FOR COMPLETION OF DISCOVERY, FILE DISPOSITIVE MOTIONS, AND PRE-TRIAL CONFERENCE**<br><br>Complaint Filed: 6/26/06 |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants the parties' Stipulated Request to modify Status (Pre-Trial Scheduling) Order.

The Status (Pre-Trial Scheduling Order) is modified as follows:

Discovery cutoff deadline        July 29, 2007

Last Day to File Dispositive Motion: August 31, 2007

///

///

{00509810.DOC}             **1**

**[PROPOSED ORDER REGARDING MODIFICATION OF SCHEDULING ORDER TO ENLARGE TIME FOR COMPLETION OF DISCOVERY**

PDF created with pdfFactory trial version www.pdffactory.com

      Final Pretrial Conference:      **November 5, 2007 at 2:00 p.m.**

Dated:  June 15, 2007

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

{00509810.DOC}                    2

**[PROPOSED ORDER REGARDING MODIFICATION OF SCHEDULING ORDER TO ENLARGE TIME
FOR COMPLETION OF DISCOVERY**
PDF created with pdfFactory trial version www.pdffactory.com