FANIA E. DAVIS (SBN: 87268)
**MOORE AND MOORE**
445 Bellevue Avenue Suite 202
Oakland CA 95610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorney for Plaintiff
SANDRA PACHECO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SANDRA PACHECO,

        Plaintiff,

    vs.

REGENTS OF THE UNIVERSITY OF
CALIFORNIA; UNIVERSITY OF
CALIFORNIA, DAVIS CAMPUS; ERIK
BLAINE, in his individual and official
capacities; and DOES 1 THROUGH 50,

        Defendants.

_____/

Case No.: 06 01424 WBS-DAD

**STIPULATION TO DISMISS WITH
PREJUDICE AND ORDER THEREON**

**STIPULATION TO DISMISS**                          **Case No.: 06 01424 WBS**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between Plaintiff SANDRA PACHECO and Defendant ERIK BLAINE, through their respective counsel of record, that all claims and causes of action set forth in Plaintiff's Complaint on file in this action against ERIK BLAINE may be and are hereby dismissed with prejudice.

DATED: July 17, 2007                /s/_____
                                                    FANIA E. DAVIS
                                                    MOORE AND MOORE
                                                    Attorneys for Plaintiff
                                                    SANDRA PACHECO


DATED: July 18, 2007                /s/_____
                                                    NANCY J. SHEEHAN
                                                    PORTER, SCOTT
                                                    Attorneys for Defendants
                                                    ERICK BLAINE and REGENTS
                                                    OF THE UNIVERSITY OF
                                                    CALIFORNIA


        IT IS SO ORDERED.


DATED: July 23, 2007

                                    _William B. Shubb_
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE


**STIPULATION TO DISMISS**                **Case No.: 06 01424 WBS**