1  FANIA E. DAVIS (SBN: 87268)
   **MOORE AND MOORE**
2  445 Bellevue Avenue Suite 202
   Oakland CA 95610
3  Telephone: (510) 451-0104
   Facsimile: (510) 451-5056
4
   Attorney for Plaintiff
5  SANDRA PACHECO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PACHECO,<br><br>            Plaintiff,<br><br>      vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, DAVIS CAMPUS; ERIK BLAINE, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>            Defendants.<br>_____/ | Case No.: 06 01424 WBS-DAD<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON** |

**STIPULATION TO DISMISS**                              **Case No.: 06 01424 WBS**

PDF created with pdfFactory trial version www.pdffactory.com

1

2          IT IS HEREBY STIPULATED by and between Plaintiff SANDRA PACHECO
3   and Defendant ERIK BLAINE, through their respective counsel of record, that all claims and
4   causes of action set forth in Plaintiff's Complaint on file in this action against ERIK BLAINE
5   may be and are hereby dismissed with prejudice.

6

7   DATED: July 17, 2007                           /s/_____
                                                    FANIA E. DAVIS
8                                                   MOORE AND MOORE
                                                    Attorneys for Plaintiff
9                                                   SANDRA PACHECO

10

11  DATED:  July 18, 2007                          /s/_____
                                                    NANCY J. SHEEHAN
12                                                  PORTER, SCOTT
                                                    Attorneys for Defendants
13                                                  ERICK BLAINE and REGENTS
                                                    OF THE UNIVERSITY OF
14                                                  CALIFORNIA

15

16

17       IT IS SO ORDERED.

18

19  DATED:  July 23, 2007

20
                                                    WILLIAM B. SHUBB
21                                                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

**STIPULATION TO DISMISS**                              Case No.: 06 01424 WBS

PDF created with pdfFactory trial version www.pdffactory.com