| | |
|---|---|
| 1  FANIA E. DAVIS (SBN: 87268)<br>   **MOORE AND MOORE**<br>2  445 Bellevue Avenue Suite 202<br>   Oakland CA 95610<br>3  Telephone: (510) 451-0104<br>   Facsimile: (510) 451-5056<br>4<br>   Attorney for Plaintiff<br>5  SANDRA PACHECO | **FILED**<br><br>AUG 3 0 2007<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY <br>       DEPUTY CLERK |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SANDRA PACHECO,

      Plaintiff,

vs.

REGENTS OF THE UNIVERSITY OF CALIFORNIA; UNIVERSITY OF CALIFORNIA, DAVIS CAMPUS; ERIK BLAINE, in his individual and official capacities; and DOES 1 THROUGH 50,

      Defendants.

_____/

Case No.: 06 01424 WBS-DAD

**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON**

IT IS HEREBY STIPULATED by and between Plaintiff SANDRA PACHECO and Defendant REGENTS OF THE UNIVERSITY OF CALIFORNIA, erroneously also sued as University of California, Davis Campus, through their respective counsel of record, that all claims and causes of action set forth in Plaintiff's Complaint on file in this action against all Defendants may be and are hereby dismissed with prejudice.

DATED: August 21, 2007                    /s/_____
                                          FANIA E. DAVIS
                                          MOORE AND MOORE
                                          Attorneys for Plaintiff
                                          SANDRA PACHECO

DATED: August 21, 2007                    /s/_____
                                          NANCY J. SHEEHAN
                                          PORTER, SCOTT
                                          Attorneys for Defendants
                                          ERICK BLAINE and REGENTS
                                          OF THE UNIVERSITY OF
                                          CALIFORNIA

IT IS SO ORDERED.

DATED: __8/30__, 2007

                                          _____
                                          THE HONORABLE WILLIAM B. SHUBB
                                          Judge of the U.S. District Court

**STIPULATION TO DISMISS**                     Case No.: 06 01424 WBS